UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROGER G. ARNOLD,

    Plaintiff,

    v.

STAT MEDICAL, INC., a Washington corporation,

    Defendant.

Case No. C05-1545RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On August 28, 2006, plaintiff Roger Arnold filed a response with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. ## 35–37). As of this date, a courtesy copy of these documents has not been provided for chambers.

Arnold is hereby ORDERED to show cause within five days of this order why he should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 7) and "Minute Order Setting Trial & Related Dates" (Dkt. # 12). Arnold shall immediately deliver a paper copy of the documents filed on August 28, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic

ORDER TO SHOW CAUSE

1  Filing for Chambers," to the Clerk's Office.

2      Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for

3  September 11, 2006.

5      DATED this 30th day of August, 2006.

                                     /s/ Robert S. Lasnik
                                     Robert S. Lasnik
                                     United States District Judge

ORDER TO SHOW CAUSE